■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FLOYD, Appellant.—Judgment, Supreme Court, New York County, rendered January 11, 1980, unanimously affirmed. Appellant's appeal from the judgment rendered October 6, 1978, is dismissed, since by reason of resentence that judgment was vacated and the judgment rendered January 11, 1980

substituted therefor, and it is only from that judgment that an appeal lies. The order of this court entered on May 8, 1980 is vacated. No opinion. Concur—Ross, J. P., Lupiano, Silverman, Bloom and Yesawich, JJ.